UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT MONTGOMERY JONES,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANDREW SAUL, Commissioner of<br>Social Security Administration,<br><br>    Defendant. | NO. EDCV 19-1204-RGK (AGR)<br><br>ORDER TO SHOW CAUSE |

  Pursuant to the court's order of July 8, 2019, Plaintiff was ordered to file proofs of service showing compliance with Paragraph I of the order within 90 days of the filing on the complaint, i.e., by October 7, 2019. The order warned Plaintiff that failure to comply may result in dismissal of the case. To date, the proofs of service have not been filed.

  Accordingly, **no later than December 2, 2019,** Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Filing the proofs of service by **December 2, 2019**, shall be deemed compliance with this Order to Show Cause.

DATED: November 1, 2019

                  /s/ Alicia G. Rosenberg
                  ALICIA G. ROSENBERG
                  United States Magistrate Judge