UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT M. J., <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | CASE NO. EDCV 19-1204-RGK (AGR) <br><br> JUDGMENT |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: April 1, 2021

_____
R. GARY KLAUSNER
United States District Judge